IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | 8:11CV27 |
| v. | ) ) | |
| MEREDITH JOAN PRUSHA, | ) ) | ORDER |
| Defendant. | ) ) ) | |

This matter came on for hearing on the Plaintiff's Motion for Default Judgment, Filing No. 17, on August 26, 2011. The Court granted the motion for default and ordered plaintiff to deposit the amount of $20,866.53 with the Clerk of Court. Filing No. 27. The plaintiff, thereafter, delivered a check to the Clerk of Court in the amount of $21,106.64, which reflects interest in the amount of $240.11. The Court ordered the Clerk of Court to accept and deposit the check. Filing No. 32. The Court further ordered that upon receipt of this check said check would be paid out to Meredith Joan Prusha. Filing No. 27.

THEREFORE, IT IS ORDERED that the Clerk of Court is directed to pay the defendant, Meredith Joan Prusha, $21,106.64 in accordance with Filing Number 27. The check shall be mailed to the defendant at her current address as reflected in the record.

Dated this 12th day of September, 2011

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge